RECEIVED
FEB 2 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Keteba R. Day
The Robinson Family Unsolved Mystere Case
Plaintiff(s),

vs.

Smith & Wesson Brands, Inc.

Travis (Multipul Middle Names) Robinson

+ Fraud!!

Winchester Repeating Arms Company

Defendant(s).

Case No. **25-cv-750-JWB/JFD**
(To be assigned by Clerk of District Court)

**DEMAND FOR JURY TRIAL**

YES ☐   NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

**PARTIES**

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name  Keteba R. Day

   Street Address  2527 Sheridan Ave N.

   County, City  Hennepin, Minneapolis

   State & Zip Code  MN (Minnesota) 55411

   Telephone Number  703.903.0498

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name Smith & Wesson Brands, Inc.

   Street Address 1852 ~~Proof~~ Proffitt Springs Road,

   County, City Blount County, Maryville

   State & Zip Code Tennessee, (TN) 37801

   b. Defendant No. 2

   Name Travis ( ) Robinson

   Street Address 2400 Rd Island Ave N.

   County, City Minneapolis, Hennepin

   State & Zip Code Minnesota, 55425

   c. Defendant No. 3

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [x] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.



5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                              State of Citizenship:

    Defendant No. 1:                             State of Citizenship:

    Defendant No. 2:                             State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [x] Defendant(s) reside in Minnesota    [x] Facts alleged below primarily occurred in Minnesota
    [x] Other: explain



STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. The Defendent mentioned on page 1 & 2 has acted on unlawful Behaviours.
   I'm a victim of the high Demand actions, wesson firearm Gluck 22.
   Has Been drawn (Pointed) at me when Travis Robinson (claims, fraud), has his daily outbrust of Devious Patterns. He abuses me In every aspect of my Life.
   → Need Attention ASAP.

   — Seriously

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. under oth of wwow our heavenly Father Shall I'll be granted & Protect Rebuilding our Globe Including helping our Broken our heavenly Father Shall I'll be granted & Protect our Globe Including fixing any Possible errors In the all Government Systems. (M.O.G.)
→ I'm a Human Angel & may I please be gifted on all high Demand needs due to the worried events I've on my whole family, my friends, my Home communities, the state Itself, united States & all other Country's, our univers. → Truly, may all Parties Due all 3 (Three) lie dectoi Detectors test.

4

*Keleba Day*

Signed this ___ day of Feb 26. 2025

Signature of Plaintiff _____*Keleba Day*_____

Mailing Address


Telephone Number


Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5